UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Anthony Giannasca, | ) | Case No. 11-19499 |
| | ) | |
| Debtor | ) | |
| | ) | |

## NOTICE OF NO CONTACT

NOW COMES the undersigned in the above-captioned proceeding and hereby states as follows:

1. On October 5, 2011, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Code.

2. On June 29, 2012, the Internal Revenue Service filed a Motion to Compel the Debtor to file Federal Income Tax Returns. On September 17, 2012 this Honorable Court ordered the Debtor to file his individual federal income tax returns for the taxable years 2009 and 2010 on or before November 1, 2012 (see, Docket No. 63).

3. Counsel has diligently attempted to contact the Debtor by telephone in order to address the unfiled tax returns. However, the Debtor has yet to respond. The undersigned has no further contact information with which to contact the Debtor.

Respectfully Submitted
Counsel for the Debtor,

/s/Michael Van Dam
Michael Van Dam, Esq. (BBO # 653979)
Van Dam Law LLP
60 William Street
Wellesley, MA 02481
(617) 969-2900

Dated: October 12, 2012