UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

ANTHONY U. GIANNASCA

Debtor

Chapter 11
Case No. 11-19499-FJB

## APPLICATION FOR COMPENSATION FOR VAN DAM LAW LLP, COUNSEL TO THE DEBTOR

Van Dam Law LLP ("Counsel"), pursuant to 11 U.S.C. §331 hereby applies for compensation of fees and expenses for legal services rendered from January 8, 2013 through February 24, 2013.

In support of this Application, Counsel states the following:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code on October 5, 2011. On or about November 29, 2011, the Court allowed conversion to Chapter 11 of the Bankruptcy Code.

2. On January 23, 2013, the Application to Employ Debtor's Counsel was allowed by this Court. See Docket # 92.

3. Since January 8, 2013, Michael Van Dam has spent 24.5 hours at a rate of $325.00 per hour for a total of $7,962.00 and expenses of $898.80. Counsel has agreed to give a credit to the Chapter 11 estate of $642.30.

4. Exhibit A annexed hereto is comprised of daily description of services rendered by Counsel with respect to compensation sought, compiled from time logs, maintained by Counsel in the ordinary course of business. Annexed hereto as Exhibit B is a description of the professional background of Counsel.

5. The hourly rate charged by Counsel for the work described herein are the same charged to Counsel's other clients in matters which concern chapter 11 bankruptcy.

6. Fees allowed by this Court will not be shared or pooled with any other person or firm.

WHEREFORE, Van Dam Law LLP respectfully requests that this Court enter an order:

    1. Directing the Debtor to pay Van Dam Law LLP the amount of $8,219 for legal services rendered and expenses; and

    2. for such other relief as just and proper.

Signed under the pains and penalties of perjury this 24th day of February, 2013.

    Anthony U. Giannasca, Debtor
    By his attorney,


    /s/ Michael Van Dam
    Michael Van Dam, Esq.
    BBO # 653979
    Van Dam Law LLP
    60 William Street, Suite 300
    Wellesley, MA 02481
    Tel: (617) 969-2900
    Fax: (617) 964-4631


    Dated: February 24, 2013

# Exhibit A

ANTHONY U. GIANNASCA 11-19499-FJB

| | |
|---|---|
| 1/8/13 | |
| ATTEND HEARING | 2.0 |
| | |
| 1/8/123 | 1.5 |
| PRINT OUT D/S AND PLAN AND SERVE; SERVE NOTICE OF HEARING | |
| FILE APP TO EMPLOY COUNSEL | |
| | |
| 1/9/13 | |
| DRAFT MOTION FOR SECURED STATUS | 0.6 |
| RUN TITLE ON 16-18 JOSEPH STREET AND ADD TO SERVICE LIST | 0.8 |
| PRINT OUT AND SERVE ALL PLEADINGS | 1.5 |
| | |
| 1/18/13 | |
| REVIEW OBJECTION BY UST COMPARE TO PLAN | 1.8 |
| | |
| 1/18/13 | |
| REVIEW OBJECTION BY BANK | 0.6 |
| | |
| 2/6/13 | |
| REVIEW PLAN FOR FEASIBILITY; COMPARE AMENDED POC | 2.8 |
| TO PLAN; CONFIRM CLAIMS REGISTER AND REDLINE | |
| EXCEL PROJECTIONS | |
| | |
| 2/7/13 | |
| PREP AND MEET WITH CLIENT | 2.5 |
| PREPARE MOR AND AGAIN3 | |
| PREPARE ANALYSIS AND COMPARE | 1.3 |
| TO PROJECTIONS | |
| | |
| 2/20/13 | |
| REVIEW OBJECTION BY ONEWEST | 0.5 |
| DISCUSSION WITH R. MULLIGAN AND REVIEW PLAN | 0.8 |
| | |
| 2/22/13 | |
| MEET WITH CLIENT | 2.2 |
| FOLLOW UP WITH UST (EMAIL) REVIEW IRS POC | 2.1 |
| FINANCIAL PROJECTIONS OF DISCLOSURE STATEMENT | |
| | |
| 2/24/13 | |
| EMAIL HARMON RE: UPCOMING HEARING | 0.3 |
| | |
| 2/24/13 | |
| PREPARE APPLICATION | 1.2 |

ATTEND OBJECTION HEARING (ANTICIPATED)                                2.0

HOURS: 24.5 x $325 = $7,962
Postage: 1-9-13  $43.80, $40 (CREDIT REPORT)
Filing: $785, $30 (AMEND)

**TOTAL FEES: $7,962**
**EXPENSES: $898.80**

**TOTAL: $8,861.30**

# Exhibit B

Michael Van Dam, Esq.
Van Dam Law LLP

Michael Van Dam's is a founding member of Van Dam Law LLP.  Mr. Van Dam's principal areas of practice are bankruptcy litigation, business reorganization, and representing debtor and creditors.  Mr. Van Dam is a highly experienced bankruptcy practitioner and has an extensive debtors' practice.  Further, Mr. Van Dam practices business litigation throughout the Massachusetts' courts.

Previously, Mr. Van Dam specialized in the disposition of retail leases, facilitated the acquisition of commercial leasehold interests and intellectual property, and brokered joint venture transactions between multiple retail chains throughout the United States.

Mr. Van Dam is a graduate of Syracuse University and Boston University School of Law.