**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re     Anthony U. Giannasca | Chapter: 7 |
| | Case No: 11–19499 |
| Debtor | Judge Frank J. Bailey |

### NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

A proof of claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **6/3/13**

For further information, please contact the Trustee:

Mark G. DeGiacomo
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617–457–4000

Date:3/5/13

James M. Lynch
Clerk, U.S. Bankruptcy Court