UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Anthony U. Giannasca

**Case/AP Number** 11-19499 -FJB
**Chapter** 7

#98  Application for Compensation  for Michael Van Dam, Debtor's Attorney, Period: 1/8/2013 to 2/24/2013, Fee: $7,320.20, Expenses: $898.80

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In view of the conversion of this case to one under chapter 7, the Court will hold this application until the end of the case unless the applicant requests otherwise.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 03/15/2013
Frank J. Bailey
United States Bankruptcy Judge