UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

ANTHONY U. GIANNASCA,                          CHAPTER 7
                                               CASE NO. 11-19499-FJB

                    Debtor.

## APPLICATION FOR FEE AND AFFIDAVIT OF
## COUNSEL TO THE CHAPTER 7 TRUSTEE

On this _6_ day of February, 2014, at Boston, MA comes Mark G. DeGiacomo and makes oath and says he has been employed as counsel to the Chapter 7 Trustee in the above-entitled cause, that he has rendered as such counsel in said cause the services described in the itemized bill hereto annexed and has actually incurred the expenses therein set forth; that the compensation, fee and allowance herein claimed belongs wholly to the affiant, and will not be divided, shared or pooled, directly or indirectly, with any other person of firm, except as follows:  the partners of Murtha Cullina, LLP

WHEREFORE, he prays that he be allowed the sum of **$4,774.00** in fees and **$273.46** in expenses.

This Application is made under the penalties of perjury.


                              Mark G. DeGiacomo
                              Murtha Cullina, LLP
                              99 High Street
                              Boston, MA  02110


                              ORDER

IT IS HEREBY ORDERED that an allowance of $_____ in fees and $_____ in expenses be and hereby is made of the applicant.


                              _____
                              Frank J. Bailey
                              U.S. Bankruptcy Judge


5055523.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

ANTHONY U. GIANNASCA,

               Debtor.

CHAPTER 7
CASE NO. 11-19499-FJB

## FIRST AND FINAL APPLICATION OF MURTHA CULLINA LLP
## FOR ALLOWANCE OF FEES AND EXPENSES INCURRED AS
## COUNSEL TO THE CHAPTER 7 TRUSTEE

Pursuant to Sections 328 and 330 of the United States Bankruptcy Code, 11 U.S.C. § 101 et. seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and MLBR 2016-1, the law firm of Murtha Cullina LLP (the "Applicant") hereby submits its first and final application for allowance of compensation for services rendered and reimbursement of expenses incurred as counsel to Mark G. DeGiacomo, the Chapter 7 Trustee of the above-captioned bankruptcy estate (the "Trustee"), during the period of March 4, 2013 through the closing of the case. The Applicant seeks the allowance of compensation in the amount of $4,774.00 and reimbursement of expenses in the amount of $273.46.

In support of this Application, the Applicant respectfully represents as follows:

1.     On October 5, 2011, Anthony U. Giannasca (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2.     On November 20, 2011, this case was converted to Chapter 11.

3.     On February 26, 2013, this case was converted to Chapter 7.

4.     On February 27, 2013, the Trustee was appointed as the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

5.     On March 5, 2013, the Trustee filed the Application to Employ the Applicant as Counsel to the Trustee.

6.     By Order dated March 21, 2013, a true and correct copy of which is attached hereto as Exhibit A, this Court approved the employment of the Applicant.

7.     The following documents are attached to this Application:

|   |   |
|---|---|
| **Exhibit A:** | Order of Employment of Applicant |
| **Exhibit B:** | Narrative of Services |
| **Exhibit C:** | Daily Itemization of Services Rendered |
| **Exhibit D:** | Summary of Time Spent by Timekeeper |
| **Exhibit E:** | Itemization of Expenses |
| **Exhibit F:** | Biographies of Attorneys and Paralegals |

8.     There has been no prior allowance of fees or expenses in this case for services rendered to the Trustee.  The Applicant has received no retainer.

9.     The Applicant certifies that no compensation has or will be sought for services as an attorney which are properly trustee services.

10.    The fees and expenses applied for in this Application will not be divided, shared or pooled, directly or indirectly, with any other person or firm except with the other members of the Applicant.  The Applicant submits that the hourly rates sought herein are appropriate given the experience of the professionals involved and the work performed.

WHEREFORE, Murtha Cullina LLP requests that it be allowed fees in the amount of $4,774.00 and reimbursement of expenses in the amount of $273.46.

Murtha Cullina LLP,

Mark G. DeGiacomo (BBO# 118170)
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com

Dated: February ___5___, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Anthony U. Giannasca

Case/AP Number 11-19499 -FJB
Chapter 7

#115 Application filed by Trustee Mark G. DeGiacomo to Employ Murtha Cullina LLP as Counsel

COURT ACTION:

_____ Hearing held

_____ Granted          _____ Approved          _____ Moot

_____ Denied          _____ Denied without prejudice          _____ Withdrawn in open court

_____ Overruled          _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed. Granted.

IT IS SO ORDERED:

*Frank J Bailey*

Dated: 03/21/2013

_____
Frank J. Bailey
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |  |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| ANTHONY U. GIANNASCA, | ) | CHAPTER 7 | |
| | ) | CASE NO. 11-19499-FJB | |
| Debtor. | ) | | |
| | ) | | |

## CHAPTER 7 TRUSTEE'S APPLICATION
## FOR AUTHORITY TO EMPLOY MURTHA CULLINA LLP AS COUNSEL

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Pursuant to Section 327 of the Bankruptcy Code, Fed. R. Bank. P. 2014 and MLBR 2014-1, Mark G. DeGiacomo, the duly-appointed Chapter 7 Trustee for the above-captioned bankruptcy estate (the "Trustee") hereby requests the entry of an Order authorizing the Trustee to employ the law firm of Murtha Cullina LLP as his counsel.

In support of this Application, the Trustee respectfully states:

1.     On October 5, 2011, Anthony U. Giannasca (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2.     On November 29, 2011, this Court entered an Order converting this case to Chapter 11.

3.     On February 26, 2013, this Court entered an Order converting this case to Chapter 7.

4.     On February 27, 2013, the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

5.     The Trustee seeks the entry of an Order authorizing the employment of the law firm of Murtha Cullina LLP ("Murtha Cullina") as his counsel in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow.

6.     The Trustee selected Murtha Cullina because of the firm's experience in bankruptcy cases, and the Trustee believes that Murtha Cullina is well qualified to represent him in this case.

7.     The professional services that Murtha Cullina are to render to the Trustee in this case include the following:

    a.  to prepare all necessary pleadings associated with the liquidation and recovery of estate assets;

    b.  to represent the Trustee at all Court proceedings;

    c.  to assist the Trustee in the investigation of fraudulent transfers and insider and non-insider preferences; and

    d.  to perform such other legal services as may be required in the interest of creditors of the Debtor.

8.     The Trustee proposes to pay Murtha Cullina, subject to Court approval, at its usual hourly rates.

9.     To the best of the Trustee's knowledge, Murtha Cullina represents no entity having an adverse interest in connection with this case.

10.    The Affidavit of Mark G. DeGiacomo, a partner of the law firm of Murtha Cullina, is submitted in support of this Application.

WHEREFORE, the Trustee requests that this Court enter an Order authorizing the

Trustee to employ the law firm of Murtha Cullina LLP to represent him in this case, with such

compensation and reimbursement of out-of-pocket expenses as this Court may allow, and that

this Court grant such other and further relief as may be just and proper.

Respectfully submitted,

MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE ESTATE OF ANTHONY U.
GIANNASCA,

_____/s/ Mark G. DeGiacomo_____
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
99 High Street
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
mdegiacomo@murthalaw.com

Dated: March 5, 2013

EXHIBIT B

**GIANNASCA ATTORNEY TO TRUSTEE FEE APPLICATION**

The services provided by the Applicant to the bankruptcy estate included drafting the Chapter 7 Trustee's Application to Employ Counsel, reviewing the transcript of the hearing concerning the conversion of this case to Chapter 7, several telephone calls with Attorney Mark Archer, drafting three Motions to Extend the deadline for the filing of objections to the Debtor's discharge, drafting the Chapter 7 Trustee's Application to Employ Accountant, drafting the Chapter 7 Trustee's Motion for the setting of an Administrative Bar Date, drafting the Chapter 7 Trustee's Objections to Claims, telephone calls with Attorney James Liston concerning the objection to the claim filed by his client, drafting two Notices of Abandonment of Real Estate, drafting the Report and Agenda and proposed Order concerning Objections to Claims, reviewing pleadings filed concerning the Debtor's efforts to strip the lien held by Beacon Electrical and preparation of this Fee Application

EXHIBIT C

Matter Name: Giannasca, Anthony U. - Attorney to Trustee

| DATE | TKID | TIME | DESCRIPTION | VALUE |
|---|---|---|---|---|
| 03/04/13 | DeGiacomo | 0.30 | Draft Application to Employ Counsel | 147.00 |
| 03/25/13 | DeGiacomo | 0.40 | Call from Debtor's new attorney | 196.00 |
| 03/25/13 | DeGiacomo | 0.50 | Review transcript of Conversion Hearing | 245.00 |
| 03/26/13 | O'Leary | 0.20 | Telephone call with Attorney Mark Archer re will he be retained as new counsel for the Debtor | 41.00 |
| 03/27/13 | O'Leary | 0.10 | Telephone call with Attorney Mark Archer re Section 341 Meeting | 20.50 |
| 04/09/13 | O'Leary | 0.20 | Telephone call with Debtor's counsel re documents still outstanding | 41.00 |
| 05/23/13 | DeGiacomo | 0.10 | Draft Motion to Extend Discharge | 49.00 |
| 05/23/13 | DeGiacomo | 0.30 | Draft Motion to Employ Accountant | 147.00 |
| 06/26/13 | Patten | 0.20 | Draft Motion to Set Administrative Bar Date | 41.00 |
| 06/26/13 | Patten | 0.20 | Finalize Motion to Set Administrative Bar Date | 41.00 |
| 07/02/13 | Patten | 0.20 | Finalize Notice of Administrative Bar Date | 41.00 |
| 07/17/13 | DeGiacomo | 0.20 | Draft Second Motion Extending Discharge Deadline | 98.00 |
| 07/17/13 | O'Leary | 0.20 | Draft Second Motion to Extend Discharge Deadline | 41.00 |
| 09/05/13 | Patten | 0.10 | Telephone call with MGD regarding administrative claims | 20.50 |

Matter Name: Giannasca, Anthony U. - Attorney to Trustee

| 09/09/13 | DeGiacomo | 0.30 | Call with Debtor's attorney re $1,800 removed from account on day of conversion | 147.00 |
| 09/17/13 | O'Leary | 0.10 | Email Debtor's Attorney re $1,800 payment due | 20.50 |
| 09/17/13 | O'Leary | 0.20 | Draft Third Motion to Extend Discharge Deadline | 41.00 |
| 09/20/13 | Yetman | 2.30 | Drafted objections to Proof of Claims | 506.00 |
| 09/24/13 | DeGiacomo | 0.20 | Draft Motion to Extend Discharge Deadline | 98.00 |
| 09/25/13 | O'Leary | 0.20 | Finalize Motion to Extend Discharge Deadline | 41.00 |
| 10/07/13 | DeGiacomo | 0.40 | Prepare Objections to Claims | 196.00 |
| 10/15/13 | Patten | 0.10 | Meet with K. Yetman regarding Objection to Claims | 20.50 |
| 10/15/13 | Patten | 0.20 | Finalize Objection to Claims | 41.00 |
| 10/17/13 | DeGiacomo | 0.30 | Call from Attorney Jim Liston re Objections to Claims | 147.00 |
| 10/17/13 | Patten | 0.10 | Finalize Certificate of Service for Notice of Hearing on Objection to Claims | 20.50 |
| 10/31/13 | O'Leary | 0.30 | Draft Notices of Abandonment of Real Estate | 61.50 |
| 11/13/13 | Wintle | 0.30 | Discuss Objections to Claims and Report & Agenda with KFY and review file | 75.00 |
| 11/17/13 | DeGiacomo | 0.20 | Review Opposition to Objection to Beacon Claim | 98.00 |
| 11/17/13 | DeGiacomo | 0.30 | Draft Notice of Abandonment | 147.00 |

Matter Name: Giannasca, Anthony U. - Attorney to Trustee

| 11/17/13 | DeGiacomo | 0.20 | Call with KLP regarding hearing regarding objection to claim | 98.00 |
|----------|-----------|------|---------------------------------------------------------------|-------|
| 11/18/13 | Wintle | 0.10 | Voicemail from Trustee regarding filing of Report and Hearing Agenda regarding objections to claims | 25.00 |
| 11/18/13 | O'Leary | 0.20 | Finalize Notice of Abandonment of 9 Joseph Street, Medford, MA | 41.00 |
| 11/18/13 | O'Leary | 0.20 | Finalize Notice of Abandonment of 16-18 Joseph Street, Medford, MA | 41.00 |
| 11/25/13 | Wintle | 0.10 | Review status on Objection to Claims and memo to file regarding Report and Agenda | 25.00 |
| 12/11/13 | Yetman | 0.70 | Drafting of Report and Hearing Agenda regarding Objections to Claims | 175.00 |
| 12/11/13 | Yetman | 0.70 | Reviewed Debtor's Motion to Determine Secured Status and the Response and Opposition of Beacon Electrical to Objections to Claims | 175.00 |
| 12/11/13 | Yetman | 0.10 | Revisions to proposed Order to Trustee's Objections to Claims | 25.00 |
| 12/11/13 | DeGiacomo | 0.30 | Call to Attorney Liston re Objection to Claim | 147.00 |
| 12/11/13 | Patten | 0.10 | Meet with MGD regarding hearing on Objection to Claims | 20.50 |
| 12/12/13 | DeGiacomo | 0.20 | Call from Attorney Liston | 98.00 |
| 12/12/13 | Patten | 0.10 | Finalize Report and Hearing Agenda | 20.50 |
| 12/13/13 | Wintle | 0.10 | Review Order allowing Objections to Claims/memo to file regarding hearing | 25.00 |
| 12/16/13 | Wintle | 0.10 | Review memo from KLP regarding Objections to Claims | 25.00 |

Matter Name: Giannasca, Anthony U. - Attorney to Trustee

| 12/16/13 | Wintle | 0.10 | Review correspondence from MGD | 25.00 |
| 12/30/13 | DeGiacomo | 0.30 | Review Memorandum of Law filed by Debtor | 147.00 |
| 01/14/14 | DeGiacomo | 0.30 | Begin preparation of Final Fee Application | 156.00 |
| 01/22/14 | DeGiacomo | 0.70 | Prepare Final Fee Application | 364.00 |
| 01/30/14 | DeGiacomo | 0.60 | Draft Final Fee Application | 312.00 |

```
                    -------                                 ------------
TOTAL HOURS          13.90
                    =======
TOTAL FEES                                                  $4,774.00
                                                            ============
```

# EXHIBIT D

## SUMMARY OF TIME SPENT BY TIMEKEEPER

II.    GENERAL LEGAL SERVICES

| Timekeeper: | Rate: | Hours: | Fees: |
|---|---|---|---|
| Mark G. DeGiacomo (MGD) | $520 per hour (2014) | 1.6 | $832.00 |
| Mark G. DeGiacomo (MGD) | $490 per hour (2013) | 4.5 | $2,205.00 |
| Keri L. Wintle (KLW) | $250 per hour (2013) | 0.8 | $200.00 |
| Kevin F. Yetman (KFY) | $250 per hour (2013) | 1.5 | $375.00 |
| Kevin F. Yetman (KFY) | $220 per hour (2013) | 2.3 | $506.00 |
| Kristen L. Patten (KLP) | $205 per hour (2013) | 1.3 | $266.50 |
| Maureen O'Leary (MO) | $205 per hour (2013) | 1.9 | $389.50 |
| TOTAL: | | 13.9 | $4,774.00 |

# EXHIBIT E

Matter Name: Giannasca, Anthony U. - Attorney to Trustee

| DATE | COST DESCRIPTION | AMOUNT |
|------|------------------|--------|
| 05/23/13 | Photocopies | 134.90 |
| 05/23/13 | Postage | 48.84 |
| 06/26/13 | Photocopies | 14.20 |
| 06/26/13 | Postage | 32.66 |
| 07/02/13 | Photocopies | 10.20 |
| 07/02/13 | Postage | 32.66 |
| TOTAL | | 273.46 |

EXHIBIT F

## Mark G. DeGiacomo

Mr. DeGiacomo is a partner in the firm of Murtha Cullina LLP and is co-chair of the firm's Bankruptcy and Creditors' Rights Department. Mr. DeGiacomo has been working primarily in the area of bankruptcy and creditors rights since his admission to the bar in 1981. Mr. DeGiacomo received a B.S. in political science from Boston College in 1978 and his J.D. from Suffolk University Law School in 1981. Mr. DeGiacomo has been a panel Trustee in bankruptcy in Boston since 1995. Mr. DeGiacomo's practice has included representation of corporate and individual debtors as well as bankruptcy trustees, secured creditors, unsecured creditors and creditors committees. Mr. DeGiacomo has written and lectured extensively on bankruptcy issues.

## Keri L. Wintle

Keri L. Wintle is an associate in the Litigation Department at Murtha Cullina LLP and member of the firm's Bankruptcy and Creditors' Rights Group. Ms. Wintle received a B.A. in Political Science from St. Michael's College in 2004. She received her J.D. from Western New England College School of Law in 2009. Ms. Wintle is admitted to practice in the Commonwealth of Massachusetts and the State of New York, as well as the District of Massachusetts and the Southern District of New York. Prior to joining the firm in 2009, Ms. Wintle was an intern with the District Attorney's Office in Saratoga County, New York, and served as a *per diem* prosecutor at the District Attorney's Office in Hampden County, Massachusetts.

## Kevin F. Yetman

Kevin F. Yetman is an associate in the firm's Litigation Department and Bankruptcy and Creditor's Rights Group. Mr. Yetman received his B.A. from Hamilton College and his J.D. from Villanova University School of Law in 2013. While in law school, Mr. Yetman worked for the Disciplinary Board of the Pennsylvania Supreme Court, investigating and regulating attorney conduct. his Bankruptcy and Creditors Rights Practice, Mr. Yetman represents Chapter 7 trustees in a wide range of contested matters such as the sale of assets, claim objections, prosecution of preference, fraudulent transfer and other avoidance actions.

## Kristen L. Patten

Kristen L. Patten, Bankruptcy Paralegal, received her Bachelors of Science in History, at Northeastern University in 2004. She has several years experience in the legal field including prior work in business litigation, patent prosecution and personal injury.

## Maureen E. O'Leary

Maureen E. O'Leary, Litigation Paralegal, received her Bachelors in Political Science at Regis College in 2003. She has several years' experience in the legal field. She has worked as a Settlement Paralegal in the areas of asbestos and toxic tort litigation as well as general products liability. She joined the litigation department in June of 2005.