UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                              Chapter 7

Anthony U. Giannasca                               Case No. 11-19499-FJB

FINAL APPLICATION FOR FEE AND EXPENSES OF
ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE

We, Verdolino & Lowey, P.C., having been employed as ACCOUNTANTS FOR THE TRUSTEE in the above entitled case, and as such having rendered the services described in the itemized bill annexed hereto and having actually incurred the expenses set forth therein, hereby request that we be allowed the sum of __$1,932.50__ for said services and __$64.42__ for out-of-pocket expenses for a total of __$1,996.92__ be paid from the Debtor's Estate.

We hereby state that the compensation, fee and allowance herein claimed belongs wholly to us and will not be divided, shared or pooled, directly or indirectly with any other person or firm.

This application is made under the penalty of perjury.

Dated:   January 28, 2014           _____
                                    Verdolino & Lowey, P.C.
                                    Craig R. Jalbert, CIRA
                                    124 Washington Street
                                    Foxboro, MA 02035
                                    Telephone (508) 543-1720


ORDER


Upon consideration of the within application, notice of the pendency thereof having been given to creditors, IT IS HEREBY ORDERED that an allowance of $_____ for services and $_____ for expenses be and hereby is made to the applicant and that the same may be paid from the funds of the debtor estates.


Dated:                              _____
                                    United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order

In Re: Anthony U. Giannasca

Case/AP Number 11-19499 -FJB
Chapter 7

#148 Application filed by Trustee Mark G. DeGiacomo to Employ Verdolino & Lowey, P.C. as Accountants

**COURT ACTION:**

_____ Hearing held
_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice        _____ Withdrawn in open court
_____ Overruled      _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order      _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objections filed. Granted.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*                                    Dated: 06/07/2013
Frank J. Bailey
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                                Chapter 7

Anthony U. Giannasca                                 Case No. 11-19499-FJB

SUMMARY OF SERVICES OF ACCOUNTANTS FOR TRUSTEE

The accountants provided tax return preparation and other services for the Trustee in the above referenced case. As a result, the Accountants prepared, including all necessary research and record keeping, the year ended December 31, 2013 U.S. Income Tax Return for Estates and Trusts (Form 1041), Massachusetts Fiduciary Income Tax Return (Form 2) and a transmittal letter to the respective taxing authorities requesting expedited review of each return and filing instructions for the Trustee.

A summary of the hours and fees incurred in performing the aforementioned work is as follows:

| Name | Description | Hours | Fees |
|---|---|---|---|
| Craig R. Jalbert | Income tax preparation | 0.6 | $ 255.00 |
| Kimberley Dearborn | Income tax preparation | 6.1 | 1,372.50 |
| Jane Morris | Income tax preparation | 0.5 | 92.50 |
| Craig R. Jalbert | Fee App. Preparation | 0.5 | 212.50 |
| Total fees | | | $1,932.50 |

Exhibit I, attached hereto, are the biographies of the individuals performing the aforementioned services for the Trustee and Exhibit II is the detail of out-of-pocket expenses.

Dated: January 28, 2014

*(signature)*
Verdolino & Lowey, P.C.
Craig R. Jalbert, CIRA
124 Washington Street
Foxboro, MA 02035
Telephone (508) 543-1720

Exhibit I

Anthony U. Giannasca
Chapter 7
Case No. 11-19499-FJB

Selected Biographical Data of Accountants

Craig R. Jalbert - Principal; Verdolino & Lowey, P.C. Certified Public Accountants

   Graduate of Boston College, Bachelor of Science degree in Accountancy with honors. In public accounting since 1983. Worked in the Boston office of Arthur Andersen & Co. in the commercial audit division for four years, with a wide variety of client experience including real estate and manufacturing companies. Has been and currently is Principal of Verdolino & Lowey, P.C. (and its predecessors) since 1987 with primary responsibility for all tax and bankruptcy engagements.

Kimberley Dearborn, Tax Accountant - Verdolino & Lowey, P.C., Certified Public Accountants

   Kim joined Verdolino & Lowey, P.C. as a tax associate in December of 2013. Prior to joining the Firm, she amassed 25 years of tax preparation experience in both public and private industry. Most recently she was a Senior Tax Accountant at Marcum, LLP. Kim's experience has been centered on the preparation of tax returns for individuals, corporations, not-for-profits, banks and various other business entities. Kim received her Bachelor of Science in Accountancy from Bentley University in 1997.

Jane P. Morris - Tax Preparer and Bookkeeper; Verdolino & Lowey, P.C., Certified Public Accountants

   Graduate of Mary Washington College of the University of Virginia. Is licensed as an Enrolled Agent and has worked at Verdolino & Lowey, P.C. since 1995 doing tax return preparation and bookkeeping. Worked for four years as an assistant to Stephen F. Carr, CPA preparing tax returns and performing bookkeeping and accounting services and six years for H&R Block preparing tax returns.

Exhibit II

Anthony U. Giannasca
Chapter 7
Case No. 11-19499-FJB


Detail of Necessary Out-of-Pocket Expenses

    Postage and delivery                                      $ 30.16

    Photocopying ($.15 per copy)                         28.80

    Communication and facsimile                           5.46

        Total necessary out-of-pocket expenses      $ 64.42

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re                                                Chapter 7

Anthony U. Giannasca                                 Case No. 11-19499-FJB

DECLARATION RE:  ELECTRONIC FILING

I, Craig R. Jalbert, hereby declare under penalty of perjury that all of the information contained in Verdolino and Lowey, P.C.'s *Final Application for Fee and Expenses of Accountant to the Chapter 7 Trustee* (the "Document"), filed electronically, is true and correct.  I understand that this declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Executed this <u>28th</u> day of January, 2014.

_____
Craig R. Jalbert, CIRA