UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ANTHONY U. GIANNASCA, ) | Case No. 11-19499-FJB |
| ) | |
| Debtor ) | |

APPELLEE'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Beacon Electrical Distributors, Inc. ("Beacon"), as appellee in the appeal described herein, hereby designates the following additional items to be included in the record on appeal in connection with the Debtor's appeal of the Bankruptcy Court's Order (Docket No. 267) denying the Debtor's Motion to Amend Schedule C (Docket No. 225):

1. The Debtor's Designation of the Record (Docket No. 291)[1]

2. A copy of the Bankruptcy Court's case docket for Case No. 11-19499 (FJB)

Respectfully submitted,
Beacon Electrical Distributors, Inc.

By its attorneys,

June 25, 2014

/s/ James M. Liston
James M. Liston (BBO # 301750)
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(617) 422-0200
jml@bostonbusinesslaw.com

---

[1] The Debtor's Designation of the Record only designated Docket Nos. 1-290 in Case No. 11-19499 (FJB). The Appellee seeks to insure that the Debtor's Designation of the Record itself (Docket No. 291) is included in the record on appeal.

1